IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ALEXIS FROEMLING,                          §
                                           §
            Plaintiff,                     §
                                           §
v.                                         §      CIVIL ACTION NO. H-05-1536
                                           §
BOXER PROPERTY MANAGEMENT,                 §
                                           §
            Defendant.                     §


## FINAL JUDGMENT


For the reasons set forth in the separate Memorandum and Order signed this day, it is

ORDERED that Defendant Boxer Property Management's Motion for Summary Judgment (Document No. 17) is GRANTED, and Plaintiff Alexis Froemling's claims are DISMISSED on the merits.

This is a **FINAL JUDGMENT.**

The Clerk will enter this Order, providing a correct copy to all counsel of record.

SIGNED at Houston, Texas, on this 2nd day of August, 2006.


_____
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE